**ARTHUR I. UNGERMAN**
**JOYCE W. LINDAUER**
**Attorneys at Law**
**8140 Walnut Hill Lane, Suite 301**
**Dallas, Texas 75231**
**(972) 239-9055 Telephone**
**(972)239-9886 Facsimile**
arthur@arthurungerman.com
joyce@joycelindauer.com

**Proposed Attorneys for Debtor**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MID WEST HOTEL LODGING, LLC, | § | CASE NO: 11-40629 |
| | § | |
| Debtor. | § | CHAPTER 11 |
| | § | |

**AFFIDAVIT OF SAMIR PATEL**

STATE OF TEXAS )
)
COUNTY OF DALLAS )

BEFORE ME the undersigned authority, on this day personally appeared the undersigned affiant, who by me sworn, oath stated:

1. "My name is Samir Patel, I am over eighteen (18) years of age and I am an accountant. I office at 4099 McEwen, Suite 410, Dallas, Texas 75244. I have never been convicted of a crime and am fully competent to make this Affidavit. I have personal knowledge of the facts stated herein and they are all true and correct to the best of my knowledge.

2. I do not hold a claim against Mid West Hotel Lodging, LLC for services provided

prior to the filing of this bankruptcy case.

3. To the best of my knowledge each member and associate of my firm is presently a disinterested person as defined in Section 101 (13) of Bankruptcy Code. I am not a creditor or an insider of the Debtor or an employee of the office of the U.S. Trustee.

EXECUTED March 7, 2011.

/s/ Samir Patel
Samir Patel

Subscribed and sworn to before me this March 7, 2011.

/s/ Jeannine M. Goodfriend
Notary Public
Printed Name: Jeannine M. Goodfriend

My Commission Expires:

June 26, 2011