IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| **Mid West Hotel Lodging, LLC** | § | Case No. 11-40629 |
| *dba* **Holiday Inn Express Gainesville,** | § § | |
| Debtor. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that WEYCER, KAPLAN, PULASKI & ZUBER, P.C. hereby appears as counsel on behalf of **JAGMOHAN DHILLON,** and hereby submits this Notice of Appearance and requests notice of all hearings and conferences herein, and makes demand for service of all papers herein, including all papers and notices pursuant to Bankruptcy Rules 2002, 3017, 9007, and 9010, and § 342 of the Bankruptcy Code. All notices given or required to be given in this case shall be given to and served at the following addresses:

Jeff Carruth
WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
3030 Matlock Rd., Suite 201
Arlington, Texas 76015
Tel: (817) 795-5046
Fax: (866) 666-5322
E-mail: jcarruth@wkpz.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, any notice of fee applications, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleadings or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above-referenced bankruptcy case and any adversary proceedings related thereto.

Dated:  August 18, 2011  Respectfully submitted,

                        WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

                        By:  /s/ Jeff Carruth
                            JEFF CARRUTH
                            State Bar No. 24001846
                            3030 Matlock Rd., Suite 201
                            Arlington, Texas 76015
                            Phone: (817) 795-5046
                            Facsimile: (866) 666-5322
                            jcarruth@wkpz.com

0667507                      ATTORNEYS FOR JAGMOHAN DHILLON

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing was served upon all registered ECF users in this case on August 18, 2011.

                                        /s/ Jeff Carruth
                                  One of Counsel