# MID WEST HOTEL LODGING, LLC DIP
## Profit & Loss and Projection
### March through June 2011

|  | Mar 11 | Apr 11 | May 11 | Jun 11 | TOTAL | Avarage | Cash Flow Projection |
|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | |
| **Income** | | | | | | | |
|    Room Revenue | 140,079.52 | 123,929.02 | 133,964.03 | 134,163.57 | 532,136.14 | 133,034.04 | 128,820.00 |
| **Total Income** | 140,079.52 | 123,929.02 | 133,964.03 | 134,163.57 | 532,136.14 | 133,034.04 | 128,000.00 |
| | | | | | | | |
| **Expense** | | | | | | | |
|    Advertising and Promotion | 833.50 | 800.00 | 600.00 | 860.00 | 3,093.50 | 773.38 | 800.00 |
|    Bank Service Charges | 119.19 | 84.45 | 22.00 | 22.00 | 247.64 | 61.91 | 75.00 |
|    Commission-reservation | 0.00 | 0.00 | 0.00 | 413.37 | 413.37 | 103.34 | 200.00 |
|    Credit Card Fees | 1,864.30 | 3,440.61 | 3,449.29 | 3,714.11 | 12,468.31 | 3,117.08 | 3,712.00 |
|    Dues and Subscriptions | 138.00 | 172.50 | 138.00 | 131.10 | 579.60 | 144.90 | 160.00 |
|    Employee Benefit | 53.23 | 0.00 | 0.00 | 239.99 | 293.22 | 73.31 | 80.00 |
|    Franchise Fees | 24,476.60 | 18,942.60 | 19,849.00 | 20,351.00 | 83,619.20 | 20,904.80 | 20,096.00 |
|    Front desk & Office supplies | 389.90 | 1,023.56 | 549.49 | 591.01 | 2,553.96 | 638.49 | 600.00 |
|    Insurance Expense | 1,340.25 | 1,436.78 | 2,781.00 | 0.00 | 5,558.03 | 1,389.51 | 1,500.00 |
|    Officer/Employee travel Expense | 399.65 | 339.97 | 735.29 | 488.47 | 1,963.38 | 490.85 | 520.00 |
|    Outside Service | 490.00 | 250.00 | 250.00 | 0.00 | 990.00 | 247.50 | 250.00 |
|    Payroll & Taxes | 26,692.86 | 28,797.93 | 29,351.00 | 25,654.00 | 110,495.79 | 27,623.95 | 28,000.00 |
|    Pest Control | 151.56 | 151.56 | 0.00 | 0.00 | 303.12 | 75.78 | 175.00 |
|    Pool and Landscape service | 428.41 | 428.41 | 478.41 | 478.41 | 1,813.64 | 453.41 | 460.00 |
|    Postage and Delivery | 63.86 | 92.95 | 170.00 | 4.95 | 331.76 | 82.94 | 82.00 |
|    Repairs and Maintenance | 5,265.79 | 5,342.65 | 4,347.00 | 5,644.42 | 20,599.86 | 5,149.97 | 5,200.00 |
|    Supplies | 10,826.83 | 10,944.85 | 8,374.00 | 12,643.31 | 42,788.99 | 10,697.25 | 11,000.00 |
|    Occupancy Taxes | 24,202.90 | 24,328.36 | 31,496.00 | 25,465.00 | 105,492.26 | 26,373.07 | 16,640.00 |
|    Franchise Tax | | | | | | | 650.00 |
|    Property tax | | | | | | | 7,500.00 |
|    U.S.Trustee Fee | 0.00 | 650.00 | 0.00 | 0.00 | 650.00 | 162.50 | |
|    Utilities | 9,197.03 | 6,809.06 | 8,043.00 | 8,752.00 | 32,801.09 | 8,200.27 | 8,200.00 |
|    Vehicle Expense | 111.34 | 55.01 | 68.64 | 45.76 | 280.75 | 70.19 | 100.00 |
| **Total Expense** | 107,045.20 | 104,091.25 | 110,702.12 | 105,498.90 | 427,337.47 | 106,834.37 | 106,000.00 |
| | | | | | | | |
| **Net Ordinary Income** | 33,034.32 | 19,837.77 | 23,261.91 | 28,664.67 | 104,798.67 | 26,199.67 | 22,000.00 |