# Mid West Hotel LLC
## Cashflow Budget

| Description | | Monthly | Year 1 | Monthly | Year 2 | Monthly | Year 3 | Monthly | Year 4 | Monthly | Year 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Gross Income** | | | | | | | | | | | |
| Sales | | 128,000.00 | 1,536,000.00 | 128,000.00 | 1,536,000.00 | 128,000.00 | 1,536,000.00 | 128,000.00 | 1,536,000.00 | 128,000.00 | 1,536,000.00 |
| Total Income | | 128,000.00 | 1,536,000.00 | 128,000.00 | 1,536,000.00 | 128,000.00 | 1,536,000.00 | 128,000.00 | 1,536,000.00 | 128,000.00 | 1,536,000.00 |
| Expenses | | | | | | | | | | | |
| Total Expenses | | 106,000.00 | 1,272,000.00 | 106,000.00 | 1,272,000.00 | 106,000.00 | 1,272,000.00 | 106,000.00 | 1,272,000.00 | 106,000.00 | 1,272,000.00 |
| Net Available Cash | | 22,000.00 | 264,000.00 | 22,000.00 | 264,000.00 | 22,000.00 | 264,000.00 | 22,000.00 | 264,000.00 | 22,000.00 | 264,000.00 |
| **Net Cash Available for Plan Creditors** | | **22,000.00** | **264,000.00** | **22,000.00** | **264,000.00** | **22,000.00** | **264,000.00** | **22,000.00** | **264,000.00** | **22,000.00** | **264,000.00** |
| | | | | | | | | | | | |
| **Class 3 - Priority Tax Claims** | | | | | | | | | | | |
| Total of all priority tax claim | | 434.56 | 5,214.68 | 434.56 | 5,214.68 | 434.56 | 5,214.68 | 434.56 | 5,214.68 | 434.56 | 5,214.68 |
| **Class 4 - Secured Claim of Sterling Bank** | | | | | | | | | | | |
| Sterling Bank | | 21,845.94 | 262,151.25 | 21,845.94 | 262,151.25 | 21,845.94 | 262,151.25 | 21,845.94 | 262,151.25 | 21,845.94 | 262,151.25 |
| **Class 5 - Secured Claim of Narindar Dhaliwal** | | | | | | | | | | | |
| Narindar Dhaliwal | | 139.93 | 1,679.12 | 139.93 | 1,679.12 | 139.93 | 1,679.12 | 139.93 | 1,679.12 | 139.93 | 1,679.12 |
| **Class 6 - Secured Claim of Herminder Singh** | | | | | | | | | | | |
| Herminder Singh | | 106.49 | 1,277.90 | 106.49 | 1,277.90 | 106.49 | 1,277.90 | 106.49 | 1,277.90 | 106.49 | 1,277.90 |
| **Class 7 - Secured Claim of Herminder Singh** | | | | | | | | | | | |
| Blawinder Mahli | | 59.27 | 711.30 | 59.27 | 711.30 | 59.27 | 711.30 | 59.27 | 711.30 | 59.27 | 711.30 |
| **Class 9 - General Unsecured Claims** | | | | | | | | | | | |
| Total of all Unsecured Claims | | 1,837.28 | 22,047.37 | 1,837.28 | 22,047.37 | 1,837.28 | 22,047.37 | 1,837.28 | 22,047.37 | 1,837.28 | 22,047.37 |
| **Class 10- Shareholder Interests** | | | | | | | | | | | |
| Sale of Stock | ######### | (2,500.00) | (30,000.00) | (2,500.00) | (30,000.00) | (2,500.00) | (30,000.00) | (2,500.00) | (30,000.00) | (2,500.00) | (30,000.00) |
| Total Payment Under Plan | | 21,923.47 | 263,081.62 | 21,923.47 | 263,081.62 | 21,923.47 | 263,081.62 | 21,923.47 | 263,081.62 | 21,923.47 | 263,081.62 |
| Excess or (Short Fall ) | | 76.53 | 918.38 | 76.53 | 918.38 | 76.53 | 918.38 | 76.53 | 918.38 | 76.53 | 918.38 |