# Mid West Hotel LLC
## Claims Summary and Plan Payment Schedule

| Class | Claim Amount | | Plan Treatment for Class | Pay at Confirmation | Monthly Payment Amount |
|---|---:|---|---|---:|---:|
| **Class 1 - Administrative Claims** | | | | | |
| **Class 2 - Secured Property Taxes** | | | | | |
| **Class 3 - Priority Tax Claims** | | | | | |
|     IRS | 200.00 | | Pay Over 36 Months at 4.25% | | 5.93 |
|     City Occupancy Tax | 7,828.77 | | | | 232.01 |
|     State Occupancy Tax | 6,634.69 | | | | 196.62 |
| **Class 4 - Secured Claim of Sterling Bank** | | | | | |
|     Sterling Bank | 3,557,463.33 | | Pay Over 60 Months amortized over 25 Years with floating interest at prime plus 2% and a balloon payment ( 5.5% at present) | | 21,845.94 |
| **Class 5 - Secured Claim of Narindar Dhaliwal** | | | | | |
|     Narindar Dhaliwal | 4,599.54 | | Pay over 36 months at 6% interest | | 139.93 |
| **Class 6 - Secured Claim of Herminder Singh** | | | | | |
|     Herminder Singh | 3,500.50 | | Pay over 36 months at 6% interest | | 106.49 |
| **Class 7 - Secured Claim of Herminder Singh** | | | | | |
|     Blawinder Mahli | 1,948.42 | | Pay over 36 months at 6% interest | | 59.27 |
| **Class 8 - Executory Contract** | | | | | |
|     Holiday Inn Franchise | 17,133.69 | | Pay arrearage at confirmatin and Escrow $60,000 for Capital Improvement required by Franchisor | | |
| **Class 9 - General Unsecured Claims** | | | | | |
|     SBA | 1,810,092.88 | | Pay 5% over 60 Months | | 1,508.41 |
|     New Global Inc | 350,000.00 | | | | 291.67 |
|     IRS | 127.27 | | | | 0.11 |
|     American Hotel Register | 2,323.76 | | | | 1.94 |
|     Golden Triangle Five Protection Inc | 625.00 | | | | 0.52 |
|     Franchising Inc | 17,133.69 | | | | 14.28 |
|     City of Gainsville | 1,992.93 | | | | 1.66 |
|     AT & T | 2,614.42 | | | | 2.18 |
|     Airco Services | 218.67 | | | | 0.18 |
|     All Seasons Landscapes LP | 214.00 | | | | 0.18 |
|     Atmos Energy | 1,589.44 | | | | 1.32 |
|     Brown Outdoor Advertising LLC | 600.00 | | | | 0.50 |
|     BWS Fire | 470.00 | | | | 0.39 |
|     Estes and Gandhi | 10,099.91 | | | | 8.42 |
|     Fashion Seal Uniform | 196.39 | | | | 0.16 |
|     Janpak DFW | 748.12 | | | | 0.62 |
|     Playnetwork Inc | 162.40 | | | | 0.14 |
|     Professional Audio Studios | 147.00 | | | | 0.12 |
|     Quick Badge & Sign | 101.75 | | | | 0.08 |
|     Reliable Electric | 223.44 | | | | 0.19 |
|     ScentAir | 69.06 | | | | 0.06 |
|     SSD Systems | 76.44 | | | | 0.06 |
|     Suddenlink Business | 1,523.94 | | | | 1.27 |
|     Sysco Guest Supply | 1,548.12 | | | | 1.29 |
|     Terminex Commercial | 303.12 | | | | 0.25 |
|     Tom R McElvain Poos Service | 200.00 | | | | 0.17 |
|     Ultra Chem | 156.36 | | | | 0.13 |
|     USA Today | 296.40 | | | | 0.25 |
|     ThyssenKrupp Elevator | 882.37 | | | | 0.74 |
| **Class 10- Shareholder Interests** | | | | | |
| | | | Share Holder Interest | (150,000.00) | |
| | | *** | Total Plan Payment per Month | | 24,423.47 |
| | | *** | Total Plan Payment for Year | (150,000.00) | 293,081.62 |